IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JENNIFER MONTOYA,**

    Plaintiff,

v.                                             Case No. 1:22-cv-00555-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**

    Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION TO REVERSE OR REMAND**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for a Third Extension of Time to File Plaintiff's Motion to Reverse or Remand (Doc. 24). The Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until April 13, 2023, to file her Motion to Reverse or Remand, Defendant shall have until June 12, 2023, to file a Response, and Plaintiff shall have until June 26, 2023, to file a Reply.  **No further extensions will be granted absent a showing of exceptional cause.**

                                                              _____
                                                              KEVIN R SWEAZEA
                                                              UNITED STATES MAGISTRATE JUDGE

1

RESPECTFULLY SUBMITTED BY:

*/s/Benjamin Decker*
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Jennifer Montoya*

APPROVED BY:

*via e-mail on 3/14/2023*
Marc Thayne Warner
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
United States
P (303) 844-7237
thayne.warner@ssa.gov
*Attorneys for Defendant*