IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER MONTOYA,

    Plaintiff,

    vs.                                        CIV No. 1:22-CV-00555-KRS

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Opposed Motion to Reverse or Remand (Doc. 26) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**